# United States Court of Appeals
## For the First Circuit

Nos. 11-2328
    12-1442
    12-2412

UNITED STATES OF AMERICA,

Appellee,

v.

RAMÓN LANZA-VÁZQUEZ, a/k/a Ramoncito;
LUIS R. NIEVES-CANALES, a/k/a Sito;
RAFAEL GALÁN-OLAVARRÍA, a/k/a Galán,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on August 27, 2015 is amended as follows:

On page 17, line 22, change "defendants" to "defendants'"

On page 29, line 15, change "Pubic" to "Public"

On page 32, line 9, and on page 33, line 15, change "base-offense level" to "base offense level"

On page 32, line 14, and on page 33, line 2, change "mandatory-minimum" to "mandatory minimum"